Opinion issued March 25, 2010



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-10-00232-CV

———————————

In re Connie Vasquez Harrison, Relator



 



 

Original Proceeding on Petition for Writ of Mandamus  



 



 

MEMORANDUM OPINION

          By
petition for writ of mandamus, relator Connie Vasquez Harrison challenges the trial court’s orders (1)
granting her attorney’s motion to withdraw, (2) compelling her to participate
in mediation after allowing her attorney to withdraw, and (3) denying of her
motion for continuance and motion for attorney’s fees.[*]


          We lift the stay of the trial court’s
proceedings, and we deny the petition for writ of mandamus.

PER
CURIAM

 

Panel
consists of Justices Keyes, Sharp, and Massengale.

 











[*]
             The
underlying case is In the Matter of the
Marriage of Clifford Layne Harrison and Connie Vasquez Harrison and In the
Interest of JEH and VMH, Children, No. 2006-68864, in the 311th District
Court, Harris County, Texas, the Honorable Doug Warne, presiding.